**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) | ) | **3:09-md-02100-DRH** |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | **MDL 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Karen Ross v. Bayer HealthCare Pharmaceuticals Inc. , et al.* | 3:09-cv-10071-DRH |
| *Paula Ellis v. Bayer Corporation, et al.* | 3:10-cv-11525-DRH |
| *Barbie Bretz. v. Bayer Corporation, et al.* | 3:10-cv-11733-DRH |
| *Brenda Loughrey v. Bayer Schering Pharma AG, et al.* | 3:10-cv-12812-DRH |
| *Paula Bowman v. Bayer Corporation, et al.* | 3:10-cv-20112-DRH |
| *Faye Rudd v. Bayer Corporation, et al.* | 3:10-cv-20155-DRH |
| *Jolene Pittillo. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | 3:11-cv-11871-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 3, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

BY:   /s/*Sara Jennings*
**Deputy Clerk**

Dated:  July 15, 2013

David R. Herndon
2013.07.15
13:14:14 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT